UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT CHATTANOOGA

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) EDTN Arresting Dist No. 1:16-mj-189-SKL |
| v. | ) SD of FLORIDA -Chrg Dist.: 16-3094-JJO |
| | ) |
| ROBERT K. DECKER | ) |
| | ) |
| | ) |

## MEMORANDUM AND ORDER

The defendant appeared for a hearing before the undersigned on August 25, 2016, in accordance with Rules 5 and 5.1 of the Federal Rules of Criminal Procedure for an initial appearance of the defendant on an arrest warrant and criminal complaint out of the U.S. District Court, Southern District of Florida. Those present for the hearing included:

(1) AUSA Terra Bay for the USA.
(2) The defendant, Robert K. Decker.
(3) Attorney Myrlene Marsa with Federal Defender Services of Eastern Tennessee as appointed counsel for defendant.

After being sworn in due form of law, the defendant was informed or reminded of his privilege against self-incrimination accorded him under the 5th Amendment to the United States Constitution. Attorney Marsa with Federal Defender Services of Eastern Tennessee was present as court appointed counsel in the arresting district.

The defendant had been provided with a copy of the arrest warrant and criminal complaint and attached affidavit and had the opportunity of reviewing those documents with his attorney. It was determined defendant was capable of being able to read and understand the copy of the aforesaid documents he had been provided.

AUSA Bay moved that defendant be detained without bail pending a detention hearing in the U.S. District Court, Southern District of Florida. The defendant waived any identity hearing, detention hearing, or preliminary hearing in this district, and requested that any preliminary hearing, detention hearing, identity hearing, and any further proceedings be held in the prosecuting district, the U.S. District Court, Southern District of Florida.

It is **ORDERED**:

(1) Defendant shall be **TEMPORARILY DETAINED** pending his transfer to the

U.S. District Court, Southern District of Florida as set forth in the Order of Temporary Detention Pending Hearing Pursuant to Bail Reform Act.

(2) The U.S. Marshals Service shall transport defendant to the U.S. District Court, Southern District of Florida for a hearing on a date to be determined once defendant is in said district.

SO ORDERED.

ENTER:

                                         s/ *Susan K. Lee*
                                         SUSAN K. LEE
                                         UNITED STATES MAGISTRATE JUDGE